UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZINDY CARTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Civil  No.  C06-5495RBL<br><br><br>ORDER FOR REMAND |

　　　　Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for SSI under Title XVI and for disability insurance benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings.  On remand, the ALJ will:  hold a de novo hearing, reevaluate the evidence, further consider the opinion of Dr. Deutsch and explain the weight assigned to his opinion.  The ALJ should address claimant's asthma and medical opinions regarding her asthma and determine whether claimant's asthma is aggravated by failure to follow prescribed treatment.  The ALJ should give specific and legitimate reasons for rejecting any part of Dr. Deutsch's opinion.  The ALJ should reassess claimant's RFC and obtain vocational expert

Page 1　　　　ORDER- [C06-5495RBL]

1 testimony. If the ALJ finds the claimant is disabled, the ALJ should determine whether drug

2 addiction is a contributing factor to a finding of disability.

3

4     The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C.

5 § 405(g), and that Plaintiff will be entitled to reasonable attorney fees and costs pursuant to

6 28 U.S.C. § 2412(d), upon proper request to this Court.

7     Judgment is for the Plaintiff and the file shall be closed

8     DATED this 15th day of March, 2007.

9

10

11

12

13

14

15                                         RONALD B. LEIGHTON

16                                         UNITED STATES DISTRICT JUDGE

17 Recommended for Entry:

18 */s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE
19

20 Presented by:

21
  s/ JOHANNA VANDERLEE   WSB # 19178
22   Special Assistant U.S. Attorney
  Office of the General Counsel
23   701 Fifth Avenue, Suite 2900 MS/901
  Seattle, Washington 98104-7075
24   Telephone: (206) 615-3858
25   FAX: (206) 615-2531
  johanna.vanderlee@ssa.gov
26

27

28 Page 2        ORDER- [C06-5495RBL]