# United States District Court

WESTERN DISTRICT OF WASHINGTON

ZINDY CARTER,

        Plaintiff,

    v.

JO ANNE B. BARNHART,
Commissioner of Social Security
Administration,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5495RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Commissioner's decision in regard to Plaintiff's applications for SSI under Title XVI and for disability insurance benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings.

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C.& 405(g) and that Plaintiff will be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. & 2412(d), upon proper request to this Court.

Judgment for the Plaintiff and the file shall be closed.

March 29, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk